STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT

CA 09-1328 consolidated with CA 09-1327

DOROTHY MARIE SIMMONS

VERSUS

GOVERNMENT EMPLOYEES INSURANCE COMPANY, ET AL.

**********

APPEAL FROM THE
TENTH JUDICIAL DISTRICT COURT
PARISH OF NATCHITOCHES, NO. C-75373 C/W C-75353
HONORABLE DEE A. HAWTHORNE, DISTRICT JUDGE

**********

BILLY HOWARD EZELL
JUDGE

**********

Court composed of Sylvia R. Cooks, Billy Howard Ezell, and J. David Painter, Judges.

AFFIRMED.

Otis Edwin Dunahoe, Jr.
Dunahoe Law Firm
P. O. Box 607
Natchitoches, LA 71458-0607
(318) 352-1999
Counsel for Appellee:
Barbara Raymond

**Jeffrey Howerton Thomas**
**Thomas Law Firm**
**P. O. Box 2177**
**Natchitoches, LA 71457-2177**
**(318) 352-6455**
**Counsel for Plaintiffs/Appellees:**
**Brandon Raymond**
**Randon Raymond**

**Edward M. Campbell**
**Special Assistant Attorney General**
**1721 Washington Street**
**Natchitoches, LA 71457**
**(318) 560-3027**
**Counsel for Defendant/Appellant:**
**Louisiana State Department of Transportation and Development**

**EZELL, JUDGE.**

For the reasons assigned in the companion case of *Raymond v. Gov't Employees Ins. Co., et al.*, 09-1327 (La.App. 3 Cir. ___/___/____), ___ So.3d___, in which a separate decision has been rendered, the judgment of the trial court is affirmed. Court costs in the total amount of $2,912.74 are assessed to the Louisiana State Department of Transportation and Development.

**AFFIRMED.**

1